United States District Court
Southern District of Texas
FILED

DEC. 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN - 4 2007

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. L-05-CR-2575 |
| § | |
| Maria Teresa de Jesus Gonzalez Aranda | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on December 15, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22 day of December, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE